1

2

3

4

```
FILED

AUG 22 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY
```

5

6

7

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| 8 UNITED STATES OF AMERICA, | ) | |
| 9 Plaintiff, | ) ) ) | |
| 10 v. | ) | 2:11-CR-327-PMP-(CWH) |
| 11 MICHAEL CLYDE DUTY, | ) ) ) | |
| 12 Defendant. | ) | |

13 **PRELIMINARY ORDER OF FORFEITURE**

14      This Court finds that on August 22, 2012, defendant MICHAEL CLYDE DUTY, pled guilty

15 to Count Two of a Nine-Count Criminal Indictment charging him in Count Two with Conspiracy

16 to Unlawfully Deal in Firearms in violation of Title 18, United States Code, Sections 371 and

17 922(a)(1). Criminal Indictment, ECF No. 1.

18      This Court finds defendant MICHAEL CLYDE DUTY agreed to the forfeiture of the property

19 set forth in Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum.  Criminal

20 Indictment, ECF No. 1.

21      This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

22 America has shown the requisite nexus between property set forth in the Forfeiture Allegations of

23 the Criminal Indictment and the Plea Agreement and the offense to which defendant MICHAEL

24 CLYDE DUTY pled guilty.

25 . . .

26 . . .

1   The following assets are subject to forfeiture pursuant to Title 21, United States Code,

2   Sections 853(a)(1),(a)(2), and (p); and Title 18, United States Code, Section 924(d)(1) and Title 28,

3   United States Code, Section 2461(c):

4       (a)    Maverick model 88, 12 gauge short-barreled shotgun, serial number MV04934G;

5       (b)    Mossberg, model 500A, 12 gauge shotgun, serial number L244961;

6       (c)    Intratec Model Tec-9, 9mm, serial number 23988;

7       (d)    Russian SKS 7.62X39 rifle, with bayonet, serial number 9937905;

8       (e)    Beretta, model 92FS Compact 9mm pistol, serial number E31982Z;

9       (f)    a homemade Mac-11 type 9mm pistol;

10      (g)    Keltic, CNC Industries, Inc. P11 pistol 9mm, serial number ASK60;

11      (h)    any and all ammunition;

12      (i)    an in personam criminal forfeiture money judgment of $900.00 in United States

13  Currency; and

14      (j)    an in personam criminal forfeiture money judgment of $300.00 in United States

15  Currency ("property").

16  This Court finds the United States of America is now entitled to, and should, reduce the

17  aforementioned property to the possession of the United States of America.

18  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

19  United States of America should seize the aforementioned property.

20  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

21  MICHAEL CLYDE DUTY in the aforementioned property is forfeited and is vested in the United

22  States of America and shall be safely held by the United States of America until further order of the

23  Court.

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

25  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

26  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

1   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

2   the name and contact information for the government attorney to be served with the petition,

3   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

5   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

6        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

7   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

8   following address at the time of filing:

9            Michael A. Humphreys
             Assistant United States Attorney
10           Daniel D. Hollingsworth
             Assistant United States Attorney
11           Lloyd D. George United States Courthouse
             333 Las Vegas Boulevard South, Suite 5000
12           Las Vegas, Nevada 89101.

13       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

14  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

15  following publication of notice of seizure and intent to administratively forfeit the above-described

16  property.

17       DATED this 22nd day of _____ August _____, 2012.

18

19

20                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26