1

2

3

4        **UNITED STATES DISTRICT COURT**

5            **DISTRICT OF NEVADA**

6  UNITED STATES OF AMERICA,                    )
                                                )
7                    Plaintiff,                  )
                                                )
8            v.                                  )   2:11-CR-327-PMP-(CWH)
                                                )
9  MICHAEL CLYDE DUTY,                           )
                                                )
10                   Defendant.                  )

11            **FINAL ORDER OF FORFEITURE**

12        On January 16, 2013, the United States District Court for the District of Nevada entered a

13  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

14  Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and based upon the plea of

15  guilty by defendant MICHAEL CLYDE DUTY to a criminal offense, forfeiting specific property

16  alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United

17  States to have a requisite nexus to the offense to which defendant MICHAEL CLYDE DUTY pled

18  guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 75; Plea Memorandum,

19  ECF No. 76; Amended Preliminary Order of Forfeiture, ECF No. 112.

20        This Court finds the United States of America published the notice of the forfeiture in

21  accordance with the via the official government internet forfeiture site, www.forfeiture.gov,

22  consecutively from August 25, 2012, through September 23, 2012, and notified all known third parties

23  by personal service or by regular mail and certified mail return receipt requested, of their right to

24  petition the Court. Notice of Filing Proof of Publication, ECF No. 85; Notice of Filing Service of

25  Process, ECF No. 129.

26  . . .

1       On January 8, 2013, Patrick John Allen, II was served by personal service with a copy of the

2 Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129, p.

3 2-5 and 13-15.

4       On January 8, 2013, the U.S. Marshal's Service attempted to personally serve Bennett Lynden

5 Madole with a copy of the Preliminary Order of Forfeiture and the Notice at 1905 Deosma Street, Las

6 Vegas, Nevada, but could not locate him. Notice of Filing Service of Process, ECF No. 129, p. 20-23

7 and 31-33.

8       On March 14, 2013, the U.S. Marshal's Service attempted to personally serve Bennett Lynden

9 Madole with a copy of the Preliminary Order of Forfeiture and the Notice at 1724 Adra Ct., Las

10 Vegas, Nevada, but could not locate him. Notice of Filing Service of Process, ECF No. 129, p. 38-41

11 and 49-51.

12       On August 27, 2013, Federal Bureau of Investigation Special Agent Warren R. Burke signed a

13 Declaration Regarding Service of Process stating that after further investigation it was found that

14 Bennett Lynden Madole died on October 22, 2011. Notice of Filing Service of Process, ECF No. 129,

15 p. 56-59.

16       This Court finds no petition was filed herein by or on behalf of any person or entity and the

17 time for filing such petitions and claims has expired.

18       This Court finds no petitions are pending with regard to the assets named herein and the time

19 for presenting such petitions has expired.

20       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

21 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

22 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

23 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

24 2461(c); and Title 21, United States Code, Section 853 (n)(7); and shall be disposed of according to

25 law:

26 . . .

(a)    Maverick model 88 12 gauge short-barreled shotgun, serial number MV04934G;

(b)    Mossberg model 500A 12 gauge shotgun, serial number L244961;

(c)    Intratec Model Tec-9 9mm, serial number 23988;

(d)    Russian SKS 7.62X39 rifle, with bayonet, serial number 9937905;

(e)    Beretta model 92FS Compact 9mm pistol, serial number E31982Z;

(f)    a homemade Mac-11 type 9mm pistol;

(g    Keltic CNC Industries, Inc. P11 pistol 9mm, serial number ASK60; and

(h)    any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this    19th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

3

1

**PROOF OF SERVICE**

2      I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following

3  individuals were served with a copy of the Final Order of Forfeiture on November 19, 2013, by the

4  below identified method of service:

5      CM/ECF:

6      Michael Ryan Pandullo
       700 South Third Street
7      Las Vegas, NV 89101
       Michael.pandullo@gmail.com
8      Attorney for Michael Paul Matulich

9      Paola M. Armeni
       Gordon & Silver, Ltd.
10     3960 Howard Hughes Pkwy 9th Fl.
       Las Vegas, NV 89169
11     usdcnotices@gordonsilver.com
       Attorney for Bo Arden Ellison

12
       James Hartsell
13     Law Offices of James Hartsell
       720 S. 4th St. Ste. 100
14     Las Vegas, NV 89101
       james@harselllaw.com
15     Attorney for Michael Clyde Duty

16     Richard F. Boulware
       Federal Public Defender
17     411 E. Bonneville
       Las Vegas, NV 89101
18     Richard_Boulware@fd.org
       Attorney for Angel Sesteaga

19

20

21
                                            /s/ Ray Southwick
22                                          Ray Southwick
                                            Forfeiture Support Associates Paralegal
23

24

25

26

4